**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Diane B. Toole, as Personal )
Representative of the Estate of Michael )
Edward Toole, )

Plaintiff, )

-v- )

Juan Antonio Ibanez, M.D., Juan )
A. Ibanez, M.D. PLC, Tri-County )
Clinic, Inc., and Med-Manage, Inc. )

Defendants. )
_____)

Docket No.: _8 : 06 · m c · 1 2 2 · 7 - 2 7 T B m_

*Pending in the United States*
*District Court, State of*
*South Carolina, Rock Hill Division*

*Civil Action No.: 0:06-853-CMC*

**PLAINTIFF'S MEMORANDUM IN**
**SUPPORT OF MOTION TO ENFORCE**
**SUBPOENA AND FOR SANCTIONS**

Plaintiff, through her undersigned attorneys, do hereby move this Honorable

Court for an Order compelling United Prescription Service, Inc. to provide documents

requested through a subpoena and to impose sanctions against United Prescription

Services, Inc.

This case centers around the illegal prescribing and dispensing of prescription

drugs such as Hydrocodone and Diazepam through the internet to various individuals

across the country, including Michael Toole, a resident and citizen of the State of South

Carolina.

Because of an addiction, Mr. Toole turned to the internet to look for ways to

obtain controlled substances. He came across United Prescription Services, Inc. by

way of an internet website. In early 2003, Diane Toole, wife of Michael Toole found

Page 1 of 6

several prescription bottles from pharmacies in Florida and confronted Michael Toole
and encouraged him to seek counseling and treatment. On February 5, 2003, Michael
Toole voluntarily enrolled in a drug rehabilitation program at Palmetto Richland Springs
in Columbia and was admitted for detoxification and stabilization with an admitting
diagnosis of benzodiazepine dependence and opiate dependence. He was discharged
on February 9, 2003. He continued with the program on an outpatient basis where
family would attend group meetings with him and support him through the recovery
process. On February 22, 2003, Mr. Toole killed himself.

Specifically, the Plaintiff alleges that Dr. Juan Ibanez, a physician and a
Defendant in this case who wrote a number of illegal prescriptions for Michael Toole,
was directly involved with United Prescriptions Services, Inc. in this internet pharmacy
operation. The evidence in this case indicates that Dr. Ibanez conspired with others,
specifically United Prescription Services, Inc. for the purpose of providing prescription
medications including, but not limited to, controlled substances, to individuals, including
Plaintiff's decedent who asked for or learned of such Defendants through internet
websites, such as those owned, operated and/or connected with United Prescription
Services, Inc.

On November 29, 2006, in an effort to obtain all the documents from United
Prescription Services, Inc. related to their dealings with Juan A. Ibanez, M.D., Juan A.
Ibanez, M.D., PLC., Tri-County Clinic, Inc. and Med-Manage, Inc., Plaintiff issued a
Subpoena issued out of the United States District Court, Middle District of Florida,
Tampa Division upon United Prescription Services, Inc. through their Registered Agent.
(A copy of this is attached hereto as **Exhibit 1**). The address provided by the Florida

Page 2 of 6

Secretary of State's Office for United Prescription Services, Inc.'s Registered Agent was c/o CT Corp System, 1200 South Pine Island Road, Plantation, Florida 33324. By way of a process server, the subpoena was served on the Registered Agent on December 5, 2006 at 1:32p.m. (A copy of the Affidavit of Service is attached hereto as **Exhibit 2**). The Subpoena commands United Prescription Services, Inc. to produce the requested documents to James W. Clark, Esquire at CLARK & MARTINO, P.A., 3407 West Kennedy Boulevard, Tampa, Florida 33609. As of this date, Mr. Clark has notified Plaintiff's counsel in writing that they had not received a production of documents or an appearance from or on behalf of United Prescription Services, Inc. (A copy of Mr. Clark's correspondence is attached hereto as **Exhibit 3**). Additionally, Plaintiff's counsel has not received a phone call from any representative of United Prescription Services, Inc. with regards to the Subpoena or about the specific documents requested. Plaintiff asserts that this subpoena was properly issued, properly served and that to date, United Prescription Services, Inc. has ignored it completely.

Rule 45 of the Federal Rules of Civil Procedure provides that a non-party to litigation may be commanded by a court ordered subpoena to produce documents and tangible things or to permit inspection of evidence. Fed. R. Civ. P. 45(a)(1)(C). The subpoena "must issue from the court for the district in which the production or inspection is made." FRCP Rule 45(a)(2). The power to enforce a subpoena lies with the court that issued the order. See Fed. R. Civ. P. 45(e).

Under Rule 45(c)(2)(B), the party served with the subpoena may object to the order within fourteen (14) days after service of the subpoena. Fed. R. Civ. P.

45(c)(2)(B). "Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued." Fed. R. Civ. P. 45(e). Pursuant to the foregoing, where the non-party's responses or objections to the subpoena are inadequate, the party serving the subpoena may at any time file a motion requesting: (1) an order compelling compliance with the subpoena; and (2) the imposition of contempt sanctions against the subpoena recipient. Fed. R. Civ. P. 45(c)(2)(B); Fed. R. Civ. P. 45(e); *Moore's Federal Practice*, Civil § 45.62.

The subpoena at issue in this case was issued by the District Court for the Middle District of Florida and properly served on Defendants. The plain language of the rule provides that jurisdiction is proper in this Court, and that this Court has the authority to enforce the subpoena and to impose sanctions.

The documents sought from United Prescription Services, Inc. are instrumental in the prosecution of Plaintiff's claims in this case. In the course of his deposition in this case, Defendant Juan A. Ibanez, M.D., directly associates himself with United Prescription Services and details his relationship with them and the interworkings of the internet pharmacy operation. He also testified that he does not maintain records and that he relied on the pharmacy to maintain records.

In Plaintiff's subpoena request to United Prescription Services, Inc., Plaintiff requests for copies of all agreement and/or contracts between United Prescription Services, Inc. and Juan Antonio Ibanez, M.D. as well as copies of any and all documents detailing the types, number and/or volume of the drugs dispensed by United Prescription in 2002 and 2003 pursuant to the prescriptions of Juan Antonio Ibanez,

M.D. On October 10, 2006, during the deposition of Defendant Ibanez, he testified that for all pertinent records regarding the patients that he wrote prescriptions for while working for United Prescription Services, Inc. would be in the possession of United Prescription Services, Inc. All of these documents play an important role in the Plaintiff's prosecution of her claims.

Defendants have violated Rule 45 by failing to respond to this Court's lawfully issued order. Plaintiff has been severely disadvantaged in her effort to litigate this case as a result of United Prescription Services, Inc.'s conduct. United Prescription Services, Inc. has willfully ignored the authority of this Court and has ignored the Rules of Civil Procedure.

Accordingly, Plaintiffs respectfully request the following relief: (1) an Order requiring Defendants to comply with the subpoena; and (2) an Order imposing contempt sanctions against Defendants.

*SIGNATURE PAGE TO FOLLOW*

**WHETSTONE MYERS PERKINS
& YOUNG, LLC**

Robert G. Rikard, Esquire (Fed ID 6938)
601 Devine Street
Post Office Box 8086
Columbia, South Carolina 29202
Telephone: 803.799.9400
Facsimile: 803.376.5084
Email: rrikard@attorneyssc.com

Tom Young, Jr., Esquire (Fed ID 6896)
409 Park Avenue SW
Post Office Box 651
Aiken, South Carolina 29802
Telephone: 803.649.0000
Facsimile: 803.649.7005
Email: tyoung@attorneyssc.com
ATTORNEYS FOR PLAINTIFF

Columbia, South Carolina
December 19, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| Diane B. Toole, as Personal ) | Civil Action No.: 0:06-853-CMC |
| Representative of the Estate of Michael ) | |
| Edward Toole, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Juan Antonio Ibanez, M.D., Juan ) | |
| A. Ibanez, M.D. PLC, Tri-County ) | |
| Clinic, Inc., and Med-Manage, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Bonnie-Jean Thompson, being first duly sworn, state that I am a paralegal for Whetstone, Myers, Perkins & Young, L.L.C., with offices at 601 Devine Street In the Vista and Post Office Box 8086, Columbia, South Carolina; that on the 19th day of December 2006, I delivered a copy of the following documents to the following parties:

**Documents Served:**       *Plaintiff's Motion to Enforce Subpoena and For Sanctions with Memorandum in Support*

**Parties Served:**         **VIA U.S. MAIL**
William H. Davidson, II, Esquire
**DAVIDSON MORRISON & LINDEMANN, P.A.**
Post Office Box 8568
Columbia, South Carolina 29202

**VIA CERTIFIED MAIL
7001.1940.0006.8521.6196**
United Prescription Services, Inc.
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

Bonnie-Jean Thompson

12|19      , 2006

Page 1 of 1

# EXHIBIT 1

### *ISSUED BY THE*
# *UNITED STATES DISTRICT COURT*
### *MIDDLE DISTRICT OF FLORIDA*
#### *TAMPA DIVISION*

---

Diane Toole, as Personal Representative of
the Estate of Michael Edward Toole

**SUBPOENA IN A CIVIL CASE**

-v-

Case Number: 0:06-853-CMC
*Pending in USDC, District of*
*South Carolina, Rock Hill Division*

Juan Antonio Ibanez, M.D., Juan A.
Ibanez, M.D., PLC, Tri-County Clinic,
Inc., and Med-Manage, Inc.

---

TO:    United Prescription Services, Inc.
       c/o CT Corporation System
       1200 South Pine Island Road
       Plantation, Florida 33324

☐ **YOU ARE COMMANDED** to appear in the above in the United States District Court at the place,
date, and time specified below to testify in the above case.
**PLACE OF TESTIMONY**                                          **COURTROOM**

                                                               **DATE AND TIME**

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the
taking of a deposition in the above case.
**PLACE OF DEPOSITION**                                        **DATE AND TIME**

**X YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or
objects at the place, date, and time specified below (list documents or objects):  **See attached document
"exhibit a"**
**PLACE**                                                      **DATE AND TIME**

James W. Clark, Esquire                                        Wednesday, December 13, 2006
CLARK & MARTINO, P.A.                                          10:00a.m.
3407 West Kennedy Boulevard
Tampa, Florida 33609

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified
below.
**PREMISES**                                                   **DATE AND TIME**

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person
designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6) .

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

11/29/06

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Robert G. Rikard, Whetstone, Myers, Perkins & Young, LLC., 601 Devine Street, POB 8086, Columbia, SC 29202
803.799.9400

## **EXHIBIT A TO UNITED PRESCRIPTION SERVICE, INC.'S SUBPOENA**

1.      Please produce all agreements and/or contracts between United Prescription Services, Inc. and Juan Antonio Ibanez, M.D.

2.      Please produce any and all documents detailing the types, numbers and/or volume and identity of the drugs dispensed by United Prescription in 2002 and 2003 pursuant to the prescriptions of Juan A. Ibanez, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| Diane B. Toole, as Personal<br>Representative of the Estate of Michael<br>Edward Toole,<br><br>   Plaintiff,<br><br>-v-<br><br>Juan Antonio Ibanez, M.D., Juan<br>A. Ibanez, M.D. PLC, Tri-County<br>Clinic, Inc., and Med-Manage, Inc.<br><br>   Defendants. | Civil Action No.: <u>0:06-853-CMC</u><br><br><br><br>**CERTIFICATE OF SERVICE** |

   I, Bonnie-Jean Thompson, being first duly sworn, state that I am a paralegal for Whetstone, Myers, Perkins & Young, L.L.C., with offices at 601 Devine Street In the Vista and Post Office Box 8086, Columbia, South Carolina; that on the 29th day of November 2006, I delivered a copy of the following documents to the following parties:

**Documents Served:**  *Amended Subpoena Duces Tecum to United Prescription Services, Inc.*

**Parties Served:**   **VIA U.S. MAIL**
        William H. Davidson, II, Esquire
        **DAVIDSON MORRISON & LINDEMANN, P.A.**
        Post Office Box 8568
        Columbia, South Carolina 29202

Nov 29th, 2006

Bonnie-Jean Thompson

# EXHIBIT 2

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 0:06-856-CMC

Plaintiff:
**DIANE TOOLE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL EDWARD TOOLE**

vs.

Defendant:
**JUAN ANTONIO IBANEZ, M.D., ET AL.**

For:
Robert G. Rikard, Esq.
Whetstone, Myers, Perkins
601 Devine St.
In The Vista
Columbia, SC 29202

Received by Process Services, Inc. on the 5th day of December, 2006 at 11:55 am to be served on **United Prescription Services, Inc., c/o CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **5th day of December, 2006** at **1:32 pm, I:**

Served the within corporation by delivering a true copy of the **Subpoena in a Civil Case** on **CT Corp** as **Registered Agent** of the within named corporation, pursuant to F.S. 48.081(3).

**Additional Information pertaining to this Service:**
Subpoena date is 12/13/06 @ 10 am
For Contact, Donna Moch Section Head Process for CT Corp

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 8th day of December, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC



SANDRA L. CASSALIA
MY COMMISSION # DD 298194
EXPIRES: May 8, 2010

**Eric Deal**
336

**Process Services, Inc.
And Document Retrieval Services**
8470 State Road 84
**Fort Lauderdale, FL 33324**
**(954) 474-4867**
Our Job Serial Number: 2006038513

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

# EXHIBIT 3



# CLARK★MARTINO
## ATTORNEYS AT LAW

James W. Clark

Board Certified in
Civil Trial by
The Florida Bar &
The National Board
of Trial Advocacy

Clark & Martino, P.A.
3407 W. Kennedy Blvd.
Tampa, Florida 33609-2905

Tel: 813-879-0700
Fax: 813-879-5498

email:
jclark@clarkmartino.com

Webpage:
www.clarkmartino.com

December 13, 2006          DEC 1 8 2006

Robert G. Rikard, Esquire
WHETSTONE MYERS PERKINS & YOUNG, L.L.C.
P.O. Box 8086
Columbia, SC 29202

Re:  Diane Toole, as Personal Representative of the Estate of
Michael Edward Toole v. Juan Antonio Ibanez, M.D., Juan
A. Ibanez, M.D., PLC, Tri-County Clinic, Inc., and Med-
Manage, Inc.
Civil Action No.:  0:06-853-CMC

Dear Mr. Rikard:

Regarding the Subpoena Duces Tecum directed to United Prescription
Services, Inc. dated November 29, 2006, please be advised that there was not
an appearance at our offices on behalf of United Prescription Services, Inc.,
and no records were produced for inspection and/or copying.

Should you have any questions, please do not hesitate to contact our
office.

Very truly yours,

*Thanhya Pham*

Thanhya Pham
Assistant to JAMES W. CLARK