UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE B. TOOLE, as Personal
Representative of the Estate of
Michael Edward Toole,

       Plaintiff,

v.                                          Case No. 8:06-mc-122-T-27TBM

JUAN ANTONIO IBANEZ, M.D.;
JUAN A IBANEZ, M.D. PLC;
TRI-COUNTY CLINIC, INC.;
MED-MANAGE, INC.,

       Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the court on **Plaintiff's Memorandum in Support of Motion to Enforce Subpoena and for Sanctions** (Doc. 2). By her motion, Plaintiff seeks an order compelling United Prescriptions Services, Inc. (hereinafter "United Prescriptions"), to respond to a subpoena served on its Registered Agent on December 5, 2006, and imposing contempt sanctions pursuant to Rule 45(e). The underlying action is pending in the district court in South Carolina, but the subpoena commanded production of documents to James W. Clark, Esquire, Clark & Martino, P.A. 3407 West Kennedy Boulevard, Tampa, Florida, 33609. According to Plaintiff, United Prescriptions has failed to respond at all to the subpoena.

Accordingly, United Prescriptions Services, Inc., is **ORDERED TO SHOW CAUSE**, in writing and within <u>twenty (20) days</u> from the date of this Order, why it should not be held in contempt for failing to respond to the subpoena issued by this court and served on its registered agent on December 5, 2006.

**Done and Ordered** in Tampa, Florida, this 7th day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Non-party United Prescription Services, Inc., CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324